UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE SOUTHERN COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 1:17-cv-00725-MHC (Consolidated with No.: 1:17-cv-01983-MHC)<br><br>(Derivative Action)<br><br>Judge Mark H. Cohen |

## JOINT STATUS REPORT

The Parties[1] in the above-captioned consolidated shareholder derivative action ("Derivative Action") file this Joint Status Report updating the Court regarding the status of the settlement of this litigation (the "Settlement").

On October 28, 2021, the Parties filed a joint status report with the Court informing the Court that since Southern's Board of Directors approved the Settlement on September 13, 2021, the Parties in the Derivative Action (along with

---

[1] "Parties" refers to, collectively, Judy Mesirov and Jean Vinyard ("Plaintiffs") and Thomas A. Fanning, Art P. Beattie, Edward Day, VI, G. Edison Holland, Jr., Juanita Powell Baranco, Jon A. Boscia, Henry A. Clark, III, David J. Grain, Veronica M. Hagen, Warren A. Hood, Jr., Linda P. Hudson, Donald M. James, John D. Johns, Dale E. Klein , William G. Smith, Jr., Steven R. Specker, Lawrence D. Thompson, E. Jenner Wood, III, and H. William Habermeyer, Jr. (collectively, "Individual Defendants") and nominal defendant The Southern Company ("Southern," together with the Individual Defendants, "Defendants").

the parties in the related State Derivative Action[2]) executed a Settlement term sheet and were diligently working on the Stipulation and Agreement of Settlement, with its related exhibits, to present to the Court for preliminary approval.  Dkt. No. 92.  Plaintiffs' Counsel have also been drafting a motion for preliminary approval of the Settlement with memorandum of law in support thereof.  The Parties also informed the Court that they anticipated being able to finalize all Settlement documentation to present to the Court by on or before November 30, 2021.

While the Parties in the Derivative Action have made significant progress on the Settlement documentation, including conditionally agreeing on the Stipulation and Agreement of Settlement, they are still finalizing the remaining documentation having recently received input from counsel in the related State Derivative Action on the Stipulation and Agreement of Settlement.  As such, in order to finalize all Settlement-related documentation to present to the Court for preliminary approval upon which all Parties in the Derivative Action and related State Derivative Action agree, additional time is needed.

---

[2] The "State Derivative Action" refers to the action styled, *Helen E. Piper Survivor's Trust, derivatively on behalf of The Southern Company v. Thomas A. Fanning et al.*, Civil Action No. 17-A-04758-10, Superior Court of Gwinnett County, State of Georgia.

Accordingly, the Parties now anticipate that they should be in a position to file the settlement documents with the Court for its consideration by on or before January 7, 2022.

Dated:  November 30, 2021              Respectfully submitted,

                                         **JOHNSON FISTEL, LLP**

By:  */s/ Michael I. Fistel, Jr.*
      MICHAEL I. FISTEL, JR.
      Georgia Bar No. 262062
      WILLIAM W. STONE
      Georgia Bar No. 273907
      ADAM J. SUNSTROM
      Georgia Bar No. 556579
      Murray House
      40 Powder Springs Street
      Marietta, GA 30064
      Telephone: (770) 200-3104
      Facsimile: (770) 200-3101
      Email: michaelf@johnsonfistel.com
              williams@johnsonfistel.com
              adams@johnsonfistel.com

**JOHNSON FISTEL, LLP**

FRANK J. JOHNSON
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
Email: frankj@johnsonfistel.com

*Lead Counsel for Plaintiffs*

**ROBBINS LLP**

BRIAN J. ROBBINS
CRAIG W. SMITH
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
Email: brobbins@robbinsllp.com
       csmith@robbinsllp.com
       ssanders@robbinsllp.com

**LAW OFFICE OF DEBRA S. GOODMAN P.C.**

DEBRA S. GOODMAN
1301 Skippack Pike, Suite 7A #133
Blue Bell, PA 19422
Telephone: (610) 277-6057
Facsimile: (484) 231-1922
Email: dg@dsgoodmanlaw.com

*Counsel for Plaintiff Judy Mesirov*

**JONES DAY**

 /s/ *Michael J. McConnell*
MICHAEL J. MCCONNELL
Georgia Bar No. 485003
ASHLEY F. HEINTZ
Georgia Bar No. 325323
ROBERT A. WATTS
Georgia Bar No. 793350
1420 Peachtree Street, Suite 800
Atlanta, GA 30309-3053

Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: mmcconell@jonesday.com
aheintz@jonesday.com
rwatts@jonesday.com

*Counsel for Defendants*

## **RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and make available the same to all attorneys of record.

*/s/Michael I. Fistel, Jr.*
Michael I. Fistel, Jr.
