# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE SOUTHERN COMPANY SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 1:17-cv-00725-MHC (Consolidated with No.: 1:17-cv-01983-MHC)<br><br>(Derivative Action)<br><br>Judge Mark H. Cohen |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR PRELIMINARY APPROVAL OF SETTLEMENT

Plaintiffs Judy Mesirov and Jean Vinyard, on behalf themselves and derivatively on behalf of the nominal defendant, The Southern Company, and a related derivative action pending in Georgia state court captioned, *Helen E. Piper Survivor's Trust, derivatively on behalf of The Southern Company v. Thomas A. Fanning et al.*, No. 17-A-04758-10, hereby move this Court, pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure, for preliminary approval of the Settlement set forth in the Stipulation and Agreement of Settlement, dated January 20, 2022, and respectfully request that the Court enter the [Proposed] Order Preliminarily Approving Settlement, which: (a) grants preliminary approval of the Settlement, (b) approves the form and manner of providing Notice to any Current

Southern Stockholder, and (c) schedules a date for the Settlement Hearing.¹

Dated: January 21, 2022  **JOHNSON FISTEL, LLP**

By: */s/ Michael I. Fistel, Jr.*
MICHAEL I. FISTEL JR.
Georgia Bar No. 262062
WILLIAM W. STONE
Georgia Bar No. 273907
ADAM J. SUNSTROM
Georgia Bar No. 556579
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101
E-mail: michaelf@johnsonfistel.com
williams@johnsonfistel.com
asdams@johnsonfistel.com

*Lead Counsel for Plaintiffs*

**ROBBINS LLP**
CRAIG W. SMITH
BRIAN J. ROBBINS
SHANE P. SANDERS
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: csmith@robbinsllp.com
brobbins@robbinsllp.com
ssanders@robbinsllp.com

*Additional Counsel for Plaintiffs*

---

¹ All capitalized terms that are not otherwise defined shall have the same definitions as set forth in the Stipulation and Agreement of Settlement, dated January 20, 2022, filed with the Court concurrently herewith.

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

                                            */s/ Michael I. Fistel, Jr.*
                                            Michael I. Fistel, Jr.

## CERTIFICATE OF SERVICE

In accordance with Fed. R. Civ. P. and N.D. Ga. LR 5.1, I hereby certify that on this day I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Dated: January 21, 2022   */s/ Michael I. Fistel, Jr.*
                                                  Michael I. Fistel, Jr.